IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LLOYD MICHAEL THOMAS,

    Petitioner,        No. 2:12-cv-02379 GGH P

  vs.

GARY SWARTHOUT,

    Respondent.        ORDER

_____/

        Petitioner, a state prisoner proceeding pro se, filed a petition for writ of habeas corpus on September 14, 2012. However, on September 20, 2012, petitioner filed a notice informing the court that his petition was accidentally sent to this court when it should have been sent to the Solano County Superior Court. The court construes the notice as a request to voluntarily dismiss the case pursuant to Fed. R. Civ. P. 41(a)(1) (request for dismissal self-executing). Petitioner also requests the petition be forwarded to the state court or returned to him.

        Accordingly, IT IS HEREBY ORDERED that:

        1. Petitioner's request to voluntarily close this case is granted and the case is dismissed without prejudice and closed; and

\\\\\

1

1  2. The Clerk of the Court shall send petitioner a copy of the petition (Doc. 1).

2  DATED: September 24, 2012

/s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE

GGH:AB
thom2379.ord